# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Ryan D. Hobbs,

     Plaintiff,

         v.                        Case No.  1:17cv441

Derek Faulkner, *et al.*,               Judge Michael R. Barrett

     Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 24, 2019 (Doc. 83).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).   No objections to the Magistrate Judge's R&R (Doc. 83) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 83) of the Magistrate Judge is hereby **ADOPTED.**   Consistent with the recommendation by the Magistrate Judge, the Court will enter an indicative ruling advising the Sixth Circuit that it would grant Plaintiff's Motion for Relief from Judgment (Doc. 82) if the case were remanded for that purpose.   It is Plaintiff's duty, per Fed. R. Civ. P. 62.1, to advise the Sixth Circuit.

**IT IS SO ORDERED.**

                            *s/Michael R. Barrett*
                           Michael R. Barrett, Judge
                           United States District Court