# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RYAN D. HOBBS,

        Plaintiff,   :   Case No. 1:17-cv-441

                         District Judge Michael R. Barrett
- vs -                    Magistrate Judge Michael R. Merz

DEREK FAULKNER, et al.,

        Defendants.   :

## ORDER STRIKING AMENDED COMPLAINT

This case is before the Court on Plaintiff's filing of an Amended Complaint (ECF No. 111). Final judgment was entered in this case March 29, 2019 (ECF No. 76) and Plaintiff's efforts since then to reopen the judgment have not been successful. He has neither sought nor received permission to file an amended complaint, but such permission is required by Fed.R.Civ.P. 15 after defendants in a case have been served.

Accordingly, the Amended Complaint (ECF No. 111) is STRICKEN.

October 29, 2019.

                                                 s/ *Michael R. Merz*
                                            United States Magistrate Judge